AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **Massachusetts**

**JOHN G PEDICINI**

v.

**UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE, ANN M VENEMAN, SECRETARY**

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **04 - 12395 JLT**

TO: (Name and address of Defendant)

United States Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert S. Catapano-Friedman
The Catapano-Friedman Law Firm
37 Fleet Street, Suite 2
Boston, Massachusetts 02109
617-557-4044

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  11/12/2004

## RETURN OF SERVICE

| | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) | | DATE | November 18, 2004 |
| NAME OF SERVER | BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Mr. Marlon Ramirez, Support Service Clerk and

Duly Authorized Agent for the within-named   United States Attorney.

Said service was made at:

3:00p.m. at John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE  $ _____ | _____ Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 18, 2004
         Date

Signature of Server: *[signed] Burton M Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |

Please note Mr. Ramirez is a spanish male, about 18 yrs. old, black hair, about 5'6", about 115 lbs.   $ _____

$ _____

Subscribed and sworn to before me, a Notary Public, this 18th Day of November, 2004   $ _____

*[notary signature]*   $ _____

My Commission Expires: 12/24/04   $ _____

                                               TOTAL   $ _____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109              Fax #         (617) 720-5737

# INVOICE

SERVINATOR LEGAL SUPPORT SERVICES, INC.  
100 State Street  
Suite 360  
Albany, NY 12207  
Phone: (518) 432-7378  
Fax: (518) 432-7379  
14-1790887

Inv. # 2004005732  
11-23-2004

Robert Catapano-Friedman  
The Catapano-Friedman Law Firm  
37 Fleet Street  
Suite 2  
Boston MA 02109

**Case Number: 04-12395 JLT**

Plaintiff:  
**John G. Pedicini,**

Defendant:  
**United States Attorney,**

**State of**              **, County of**              **)ss.:**

Completed: 11/18/2004  
To be served on: United States Attorney

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 95.00 | 95.00 |
| **TOTAL CHARGED:** | | | $95.00 |
| Pre-Payment   11/17/2004   Check #Visa | | | 95.00 |
| **BALANCE DUE:** | | | $0.00 |

**Thank you for your business!**

SERVICE HAS BEEN RENDERED, PAYMENT IS EXPECTED WITHIN 15 DAYS  
Re-Billing fee after 30 days, $20.00 per Invoice