AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

JOHN G. PEDICINI

v.

UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE, ANN M. VENEMAN, SECRETARY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04-12395 JLT**

TO: (Name and address of Defendant)

United States Attorney General
U.S. Department of Justice
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert S. Catapano-Friedman
The Catapano-Friedman Law Firm
37 Fleet Street, Suite 2
Boston, Massachusetts 02109
617-557-4044

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  11/12/2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/23/04 11:30am |
| NAME OF SERVER (PRINT) Alex M. Hernandez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 950 Pennsylvania Ave NW Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): William Vedder, Clerk, authorized to accept

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/24/2004
            Date                    Signature of Server

                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# INVOICE

**SERVINATOR LEGAL SUPPORT SERVICES, INC.**
100 State Street
Suite 360
Albany, NY 12207
Phone: (518) 432-7378
Fax: (518) 432-7379
14-1790887

Inv. # 2004005737
12-02-2004

Robert Catapano-Friedman
The Catapano-Friedman Law Firm
37 Fleet Street
Suite 2
Boston MA 02109

Case Number: 04-12395 JLT

Plaintiff:
**John G. Pedicini,**

Defendant:
**United States of America, et.al.**

State of                , County of              )ss.:

Completed: 11/23/2004
To be served on: United States Attorney General

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 95.00 | 95.00 |
| TOTAL CHARGED: | | | $95.00 |
| Pre-Payment  11/17/2004  Check #Visa | | | 95.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

SERVICE HAS BEEN RENDERED, PAYMENT IS EXPECTED WITHIN 15 DAYS
Re-Billing fee after 30 days, $20.00 per Invoice