UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 22 ᑭ 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| JOHN G. PEDICINI, | : | |
| | : | |
| Plaintiff | : | |
| | : | Case No. 04-12395-JLT |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## PROPOSED SCHEDULING CONFERENCE AGENDA

The parties in this action submit the following Proposed
Settlement Conference Agenda pursuant to Local Rule 16.1 and the
Court's Order.

1. **Discussion of Plaintiff's Settlement Proposal**:

    a. In accordance with the Court Order, Plaintiff
    provided Defendants with a proposal for Settlement
    on February 17, 2005.

2. **Discussion of Discovery Process and Any Issues**

    a. Discussion of how discovery may be made more
    efficient through stipulations.

3. **Discussion of Planned Complaint Amendments**

    a. Planned Addition of Count of Retaliation based on
    First Amendment.

1

4.  **Discuss Next Meeting with Judge Regarding Settlement**

    a.  Discussion of when it might next be beneficial to meet with the Judge regarding possible Settlement.

5.  **Discussion of Discovery Issues**

    a.  Production of Documents covered under the Privacy Act. Consider producing under protective order.

Respectfully submitted,

PLAINTIFF,                                    DEFENDANTS,

By his Attorneys,                             By their Attorneys,

THE CATAPANO-FRIEDMAN LAW FIRM                MICHAEL J. SULLIVAN
                                              United States Attorney

Robert C. Catapano-Friedman (signed with permission)

Robert C. Catapano-Friedman                  Damian W. Wilmot
The Catapano-Friedman Law Firm                Assistant U.S. Attorney
50 Franklin St, 4th Floor                     1 Courthouse Way, Suite 9200
Boston, MA 02110                              Boston, MA 02110
(617)542-7711                                 (617) 748-3398

2