UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                            FILED
                                        IN CLERKS OFFICE

                                        2005 FEB 22 P 4:25

                                        U.S. DISTRICT COURT
                                          DISTRICT OF MASS.
```

JOHN G. PEDICINI,

   Plaintiff

   CIVIL ACTION NO. 04-12395-JLT

-vs-

UNITED STATES OF AMERICA
and UNITED STATES
DEPARTMENT OF AGRICULTURE,
ANN M. VENEMAN, SECRETARY

   Defendants

CERTIFICATION BY
ROBERT S. CATAPANO-FRIEDMAN, ESQ. AND
JOHN G. PEDICINI

   **WE HEREBY** certify that Plaintiff and his counsel have conferred with each other with a view to establishing a budget for the costs of conducting a full course-and various alternative courses-of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 22, 2005
By: _____
    John G. Pedicini
    Plaintiff
    10 Milano Drive
    Saugus, MA 01906

By: _____ (signed for with permission)
    Robert S. Catapano-Friedman, Esq.
    Attorney for Plaintiff
    The Catapano-Friedman Law Firm
    50 Franklin Street, 4th Floor
    Boston, MA 02110
    (617) 542-7711