UNITED STATES OF AMERICA
DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS

---

JOHN G. PEDICINI, )
    Plaintiff, )
)
v. )  Docket No. 04-12395-JLT
)
UNITED STATES OF AMERICA, et al., )
    Defendants. )

---

### DEFENDANTS' CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Defendants hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| UNITED STATES DEPARTMENT OF AGRICULTURE<br>By their attorney, | UNITED STATES OF AMERICA,<br>By its attorney, |
|---|---|
| LYNN AHWESH, ESQ. | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: *[signature]*<br>Lynn Ahwesh, Esq.<br>Office of General Counsel<br>P.O. Box 1134<br>Harrisburg, PA 17018<br>(717) 221-3799 | By: *[signature]*<br>Damian W. Wilmot<br>Assistant U.S. Attorney<br>1 Courthouse Way., Ste 9200<br>Boston, MA 02210<br>(617) 748-3398 |

Dated: March 2, 2005