UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI,<br><br>    Plaintiff<br><br>-v-<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants | Civil Action No.<br>04-12395-JLT<br><br>Protective<br>Order |

    Upon Motion duly made by Plaintiff in the captioned proceedings and good cause having been shown by Plaintiff in support of said motion

    It is hereby **ORDERED** that:

1. Plaintiff disclose the documents in his possession listed as P-1 through P-1960 to Defendants' Attorney for discovery in these proceedings.

2. Defendants' Attorney shall not disclose the aforesaid documents to anyone at Defendants' other than to the extent necessary for the efficient and effective litigation of these proceedings.

3. Plaintiff's Attorney and Defendants' Attorneys shall use the aforesaid documents listed as P-1 through P-1960 only in connection with these proceedings.

IT IS SO ORDERED

Dated: March 21, 2005

_____
Joseph L. Tauro, U.S.D.J.