**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN G. PEDICINI, | : |
| | : |
|       Plaintiff, | : |
| | : |
|     v. | : |
| | :    Case No. 04-12395 JLT |
| UNITED STATES OF AMERICA, and | : |
| ANN M. VENEMAN, SECRETARY, | : |
| UNITED STATES DEPARTMENT OF | : |
| AGRICULTURE, | : |
| | : |
|       Defendants. | : |

## DEFENDANTS' PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendants, the United States of America and Ann M. Veneman, Secretary of the United States Department of Agriculture, move for judgement on the pleadings as to Counts Two and Three of the Complaint.  In support of this motion, the Defendants submit the accompanying Memorandum of Law in Support of their Partial Motion for Judgement on the Pleadings.

                                      Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

            By:    /s/ Damian W. Wilmot
                  DAMIAN W. WILMOT
                  Assistant U.S. Attorney
                  Moakley Federal Courthouse
                  One Courthouse Way, Suite 9200
                  Boston, MA 02210
                  (617) 748-3100

Dated: March 24, 2005

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, on March 4, 10, 21, 22, and 23, 2005, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

/s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney