```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
_____
                              |
JOHN G. PEDICINI,             |
                              |
     Plaintiff                |
                              | CIVIL ACTION NO. 04-12395-JLT
-vs-                          |
                              |
UNITED STATES OF AMERICA      |
UNITED STATES                 |
DEPARTMENT OF AGRICULTURE,    |
ANN M. VENEMAN, SECRETARY,    |
                              |
     Defendants               |
_____
```

## NOTICE OF APPEARANCE

_____Please enter the appearance of the undersigned, Sarah Catapano-Friedman, as co-counsel for Plaintiff, John G. Pedicini, in the above-entitled case.

                              Respectfully Submitted,

                              /s/ Sarah Catapano-Friedman
                              Sarah Catapano-Friedman

                              The Catapano-Friedman Law Firm
                              50 Franklin St., 4th Floor
                              Boston, MA 02110
                              (617) 542-7711
                              BBO # 661351

Dated: April 7, 2005