UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN G. PEDICINI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12395-JLT |
| | * | |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

April 19, 2005

TAURO, J.

After the Scheduling Conference held on April 19, 2005, this court hereby orders that:

1. <u>Defendants' Partial Motion for Judgment on the Pleadings</u> [#16] is DENIED WITHOUT PREJUDICE;

2. The Parties shall fully comply with this court's Rule 26 Discovery Order by May 3, 2005;

3. Defendant may depose Plaintiff;

4. Plaintiff may depose (1) Roberto Salazar, (2) Frances Zorn, (3) Douglas MacAllister, (4) Martin Hines, (5) Janice Sciarappa, (6) Robert Canavan, (7) Jonathon Lash, (8) Michael Malone, (9) John Ghiorzi, (10) Arthur LeBlanc, (11) Brooksie Spears, (12) John Ingemi, and (13) Joseph Stanco;

5. The abovementioned depositions shall be completed by November 30, 2005;

6. No further discovery will be permitted without leave of this court; and

7. A Further Conference is scheduled for December 6, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge