**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JOHN G. PEDICINI,** )<br>        Plaintiff )<br>-vs- )<br>     )<br>**UNITED STATES OF AMERICA, and** )<br>**ANN M. VENEMAN, SECRETARY,** )<br>**UNITED STATES DEPARTMENT** )<br>**OF AGRICULTURE,** )<br>        Defendants )<br>     ) | Motion for<br>Amended Complaint<br>Certification<br>Case No. 04-12395 JLT |

<u>Local Rule 7.1(a)(2) Certification</u>

     I, Robert S. Catapano-Friedman, Counsel for Plaintiff John G. Pedicini, hereby certify pursuant to Local Rule 7.1(a)(2) that I have attempted in good faith to confer to resolve the issues in this Motion with Counsel for Defendants on April 19, 2005 and on several other occasions during the prior three weeks without success.


                                   /s/ Robert S. Catapano-Friedman, Esq.
                                            Robert S. Catapano-Friedman
                                            The Catapano-Friedman Law Firm
                                            50 Franklin Street, 4th Floor
                                            Boston, MA 02110
                                            (617) 542-7711
                                            Counsel for Plaintiff
                                            BBO# 078980


Dated: May 4, 2005