**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **JOHN G. PEDICINI,** ) | Motion for |
| Plaintiff ) | Amended Complaint |
| -vs- ) | Certification |
| ) | Case No. 04-12395 JLT |
| **UNITED STATES OF AMERICA, and** ) | |
| **ANN M. VENEMAN, SECRETARY,** ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF AGRICULTURE,** ) | |
| Defendants ) | |

<u>Local Rule 7.1(a)(2) Certification</u>

     I, Robert S. Catapano-Friedman, Counsel for Plaintiff John G. Pedicini, hereby certify pursuant to Local Rule 7.1(a)(2) that I have attempted in good faith to confer to resolve the issues in this Motion with Counsel for Defendants on April 19, 2005 and on several other occasions during the prior three weeks without success.


                                     /s/  Robert S. Catapano-Friedman, Esq.
                                          Robert S. Catapano-Friedman
                                          The Catapano-Friedman Law Firm
                                          50 Franklin Street, 4th Floor
                                          Boston, MA 02110
                                          (617) 542-7711
                                          Counsel for Plaintiff
                                          BBO# 078980


Dated: May 4, 2005