# AFFIDAVIT OF SERVICE

**State of Massachusetts**                    County of                         **District Court**

Case Number: 04-12395JTL

Plaintiff:
**John G. Pedicini,**
vs.
Defendant:
**United States of America, et.al.**

State of        District of Columbia        , County of            )ss.:

Received these papers to be served on **UNITED STATES ATTORNEY GENERAL, U.S. Department of Justice, Room B-103, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001.** I, Alex M. Hernandez____, being duly sworn, depose and say that on the __26th__ day of August____, 20_05_ at __2:15p_.m., executed service by delivering a true copy of the **Summons in a Civil Action, Amended Complaint and Jury Deamand** in accordance with state statutes in the manner marked below:

X) GOVERNMENT/PUBLIC AGENCY: By serving _Ernest Parker_____ as
__Supervisor_____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

( ) CORPORATE SERVICE: By serving _____ as
_____ of _____.

( ) OTHER SERVICE: By
serving_____
_____.

(X) Said documents were conformed with index number and date of filing was endorsed thereon.

**COMMENTS:** _____
_____
_____

Age _51_  Sex M XX  Race _Black_   Height _6'_   Weight _180-190_ Hair_Black_     Glasses Y XX

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the **30** day
of _August_, 2005 by the affiant who is personally
known to me.

_Roanna Settle_
NOTARY PUBLIC

Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2005

Alex M. Hernandez
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

Our Job Serial Number: 2005004516

Copyright © 1992 2001 Database Services, Inc. - Process Server's Toolbox V5.0f