# AFFIDAVIT OF SERVICE

**State of Massachusetts**         County of                         **District Court**

Case Number: 04-12395JTL

Plaintiff:
**John G. Pedicini,**
vs.
Defendant:
**United States of America, et.al.**

State of _District of Columbia_, County of _____ )ss.:

Received these papers to be served on **UNITED STATES OFIICE OF PERSONNEL MANAGEMENT, 1900 E Street NW, Washington, D.C. 20415-1000**. I, _Alex M. Hernandez_, being duly sworn, depose and say that on the __16th__ day of __August__, 2005 at __11:13__ a.m., executed service by delivering a true copy of the **Summons in a Civil Action, Amended Complaint and Jury Deamand** in accordance with state statutes in the manner marked below:

(X) GOVERNMENT/PUBLIC AGENCY: By serving _Tiffany Dargin_ as _Receptionist_ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____ of _____.

( ) OTHER SERVICE: By serving _____

( ) Said documents were conformed with index number and date of filing was endorsed thereon.

**COMMENTS:** _____

Age _25_  Sex M/**F**  Race _Black_  Height _5'5_  Weight _125_  Hair _Black_  Glasses X N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _18_ day of _August_, 2005 by the affiant who is personally known to me.

_Rosanna Settles_
**NOTARY PUBLIC**

Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006

Alex M. Hernandez
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

Our Job Serial Number: 2005004517

Copyright © 1992-2001 Database Services, Inc. - Process Servers Toolbox V5.0f