AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE  District of  MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff

V.

UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, ANN M. VENEMAN, SECRETARY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, DAN G. BLAIR, ACTING DIRECTOR,

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-12395JLT

TO: (Name and address of Defendant)

United States Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Catapano-Friedman Law Firm
50 Franklin Street, 4th Floor
Boston, Massachusetts 02110

an answer to the complaint which is served on you with this summons, within __sixty__ days after of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ag for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: July 14, 2005

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | July 26, 20 |
| NAME OF SERVER BURTON M. MALKOFSKY | TITLE | Process Server / A Disin |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASS.

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and dis then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASS.

☒ Other: By handing true and attested copies thereof to _____ Mr. Marlon Ramiz, Clerk and
Duly Authorized Agent for the within-named _____ United States Attorney.
Said service was made at:
U.S. Attorney's Office, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MASS.

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ 24.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 26, 2005
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROP

Date   Time   Remarks

TOTAL