UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case No. 04-12395 JLT |
| UNITED STATES OF AMERICA, and | : |
| ANN M. VENEMAN, SECRETARY, | : |
| UNITED STATES DEPARTMENT OF | : |
| AGRICULTURE, | : |
| | : |
| Defendants. | : |

### **DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendants, the United States of America, Ann M. Veneman, Secretary of the United States Department of Agriculture, and Linda Springer,[1] Director of the United States Office of Personnel Management, move to dismiss Count Two, subpart a, of the Complaint for lack of subject matter jurisdiction and for failure to state a claim. In support of this motion, the Defendants submit the accompanying Memorandum of Law in Support of their Partial Motion to Dismiss.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), the new Director of the United States Office of Personnel Management, Linda Springer, is hereby substituted for Dan G. Blair as a defendant in this case.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
                                    Moakley Federal Courthouse
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3100
Dated: September 13, 2005
```

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

```
                                     /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
```