```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
_____
                              |
JOHN G. PEDICINI,             |
                              |
     Plaintiff                |
                              | CIVIL ACTION NO. 04-12395-JLT
-vs-                          |
                              |
UNITED STATES OF AMERICA      |
UNITED STATES                 |
DEPARTMENT OF AGRICULTURE,    |
ANN M. VENEMAN, SECRETARY,    |
OFFICE OF PERSONNEL           |
MANAGEMENT, LINDA SPRINGER,   |
DIRECTOR                      |
     Defendants               |
_____|
```

**WITHDRAWAL OF APPEARANCE**

_____ Please withdraw my appearance for the Plaintiff John G. Pedicini in the above-captioned matter. Plaintiff has ended my employment and will be representing himself in the above captioned matter pro se, address: John G. Pedicini, 10 Milano Drive, Saugus, MA01960, telephone 781-248-1385, email address john.pedicini@fns.usda.gov.

        Respectfully Submitted,

        /s/ Robert S. Catapano-Friedman
        Robert S. Catapano-Friedman

        The Catapano-Friedman Law Firm
        50 Franklin St., 4th Floor
        Boston, MA 02110
        (617) 542-7711
        BBO # 078980

Dated: December 20, 2005

**Certificate of Service**

I, Robert S. Catapano-Friedman, hereby certify that I have served my Withdrawal of Appearance on Damian Wilmot, attorney for Defendants, on December 20, 2005 via electronic notice.

/s/ Robert S. Catapano-Friedman
_____Robert S. Catapano-Friedman