```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
_____
                              |
JOHN G. PEDICINI,             |
                              |
     Plaintiff                |
                              | CIVIL ACTION NO. 04-12395-JLT
-vs-                          |
                              |
UNITED STATES OF AMERICA      |
UNITED STATES                 |
DEPARTMENT OF AGRICULTURE,    |
ANN M. VENEMAN, SECRETARY,    |
OFFICE OF PERSONNEL           |
MANAGEMENT, LINDA SPRINGER,   |
DIRECTOR                      |
     Defendants               |
_____
```

## WITHDRAWAL OF APPEARANCE

       Please withdraw my appearance for the Plaintiff John G. Pedicini in the above-captioned matter. Plaintiff has ended my employment and will be representing himself in the above captioned matter pro se, address: John G. Pedicini, 10 Milano Drive, Saugus, MA01960, telephone 781-248-1385, email address john.pedicini@fns.usda.gov.

                                        Respectfully Submitted,

                                        /s/ Sarah Catapano-Friedman
                                        Sarah Catapano-Friedman

                                        The Catapano-Friedman Law Firm
                                        50 Franklin St., 4th Floor
                                        Boston, MA 02110
                                        (617) 542-7711
                                        BBO # 661351

Dated: December 20, 2005

**Certificate of Service**

I, Sarah Catapano-Friedman, hereby certify that I have served my Withdrawal of Appearance on Damian Wilmot, attorney for Defendants, on December 20, 2005 via electronic notice.

/s/ Sarah Catapano-Friedman
Sarah Catapano-Friedman