UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

                Plaintiff         NOTICE
                                   OF
                                   DEPOSITION

                --against--         Case No.
                                   04-12395  JLT

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE, ANN M. VENEMAN,
SECRETARY,

                Defendants.

TO:    MICHAEL J. SULLIVAN,
      United States Attorney
      c/o Damian W. Wilmot,
      Assistant U.S. Attorney
      Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100

SIRS AND MESDAMES:

    PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the undersigned plaintiff, pro se, will take the deposition upon oral examination of the following person on the date and at the time set forth below.

    **Lisha Dorman, Thursday, January 12, 2006 at 9am.**

    This deposition will occur on the above date at 9 o'clock in the morning and continue from day to day until complete at the O'Neil Federal Office Building, 10 Causeway Street, 1st floor, Room 169A, Conference Center A, Boston, MA 02222. This deposition will be recorded by stenographic means.

1

By: *John G. Pedicini* (signature)

John G. Pedicini, Pro se
10 Milano Drive
Saugus, MA  01906
781-248-1385

Dated: December 27, 2005

# Certificate Of Service

    I, John G. Pedicini, plaintiff pro se, hereby certify that on this __29th__ day of December 2005 service was made on the Defendant by mailing a copy of the **Notice of Deposition for Lisha Dorman**, via certified mail, return receipt requested, pursuant to F.R.C.P. Rule 5(b), to the Defendant's attorney at:

MICHAEL J. SULLIVAN, U.S. Attorney
c/o Damian W. Wilmot, Assistant U.S. Attorney
    Moakley Federal Courthouse
    One Courthouse Way, Suite 9200
    Boston, MA 02210

**_Plaintiff, pro se, is exempt under Local Rule 5.4 (G)(2)(b), from the electronic filing requirements of Local Rule 5.4 which becomes effective on January 1, 2006._**

_/s/ John H. Pedicini_                  12/29/05
John G. Pedicini, Pro Se         Date
10 Milano Drive
Saugus, MA  01906
Tel.# 781-233-5274
Cell # 781-248-1385