UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

                        Plaintiff           NOTICE
                                          OF
                                          DEPOSITION

                    --against--          Case No.
                                          04-12395   JLT

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE, ANN M. VENEMAN,
SECRETARY,

                        Defendants.

TO:    MICHAEL J. SULLIVAN,
       United States Attorney
       c/o Damian W. Wilmot,
       Assistant U.S. Attorney
       Moakley Federal Courthouse
       One Courthouse Way, Suite 9200
       Boston, MA   02210
       (617) 748-3100

SIRS AND MESDAMES:

    PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the undersigned plaintiff, pro se, will take the deposition upon oral examination of the following person on the date and at the time set forth below.

**Roger Hamilton, Wednesday, January 18, 2006 at 9am.**

    This deposition will occur on the above date at 9 o'clock in the morning and continue from day to day until complete at the O'Neil Federal Office Building, 10 Causeway Street, 1st floor, Room 169A, Conference Center A, Boston, MA 02222. This deposition will be recorded by stenographic means.

By: *[signature]*

John G. Pedicini, Pro se
10 Milano Drive
Saugus, MA   01906
781-248-1385

Dated: December 27, 2005

# Certificate Of Service

    I, John G. Pedicini, plaintiff pro se, hereby certify that on this __29th__ day of December 2005 service was made on the Defendant by mailing a copy of the **Notice of Deposition for Roger Hamilton,** via certified mail, return receipt requested, pursuant to F.R.C.P. Rule 5(b), to the Defendant's attorney at:

MICHAEL J. SULLIVAN, U.S. Attorney
c/o Damian W. Wilmot, Assistant U.S. Attorney
    Moakley Federal Courthouse
    One Courthouse Way, Suite 9200
    Boston, MA 02210

**_Plaintiff, pro se, is exempt under Local Rule 5.4 (G)(2)(b), from the electronic filing requirements of Local Rule 5.4 which becomes effective on January 1, 2006._**

_(signature)_                            12/29/05
John G. Pedicini, Pro Se        Date
10 Milano Drive
Saugus, MA 01906
Tel.# 781-233-5274
Cell # 781-248-1385