UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN G. PEDICINI, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 04-12395-JLT |
| UNITED STATES OF AMERICA, et al., | * | |
| Defendants. | * | |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, 2005, this court hereby orders that:

1. Plaintiff's Motion for Leave to Depose Additional Witnesses [#35] is ALLOWED. Plaintiff may depose the following: (1) Larry Blim; (2) Lisha Dorman; and (3) Angela McElmurry.

2. Plaintiff's Motion for Leave to Depose Additional Witnesses, Make Document Requests, and Extend Discovery Period [#40] is ALLOWED to the extent that Plaintiff may depose the following: (1) Roger Hamilton; and (2) Bruce Potvin. Plaintiff's request for Leave to Make Document Requests and Extend Discovery Period is DENIED.

3. Plaintiff's Motion for Leave to File Reply Memorandum In Support of Motion for Leave to Depose Additional Witnesses [#39] is DENIED AS MOOT.

4. Plaintiff's Motion for Leave to File a Reply Memorandum [#44] is DENIED AS

      MOOT.

5. All abovementioned depositions must be completed by January 31, 2006.

6. No other discovery will be permitted without leave of this Court.

7. No further extensions will be granted.

8. A Further Conference will be held on February 7, 2006.

IT IS SO ORDERED.

_____
United States District Judge