UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN G. PEDICINI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12395-JLT |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

February 7, 2006

TAURO, J.

After a Conference held on February 7, 2006, this court hereby orders that:

1. Plaintiff's Motion for Leave to Depose Additional Witnesses, Make Document Requests, Order Defendants to Reimburse Plaintiff for Payment of Travel Costs for Defendants' Employees, and Order the Application of 29 CFR 1614.605(b) [# 53] is ALLOWED to the extent that Plaintiff may depose (1) Juanita Makuta and (2) Lori Lodato. Plaintiff's Motion [#53] is DENIED to the extent that Plaintiff seeks Document Requests, an Order Requiring Defendants to Reimburse Plaintiff for Payment of Travel Costs for Defendants' Employees, and an Order Applying 29 CFR 1614.605(b);

2. No further discovery is permitted without leave of this court;

3. Defendants shall file a Motion for Summary Judgment by March 9, 2006;

4. Plaintiff shall respond to Defendants' Motion for Summary Judgment and file his

       Cross Motion for Summary Judgment by March 29, 2006;

5. Defendants shall respond to Plaintiff's Cross Motion for Summary Judgment by April 18, 2006; and

6. The Parties shall appear before this court on May 9, 2006, at 11:30 a.m., for a Hearing on the abovementioned Motions or for a Further Conference.

IT IS SO ORDERED.

                                                 /s/ Joseph L. Tauro  
                                           United States District Judge