UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No. 04-12395-JLT |
| UNITED STATES OF AMERICA, ANN M. VENEMAN, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, AND LINDA SPRINGER, DIRECTOR, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, the United States of America, Ann M. Veneman, Secretary of the United States Department of Agriculture, and Linda Springer,[1] Director of the United States Office of Personnel Management, by their attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby move, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on all of Plaintiff John Pedicini's claims. In support of this Motion, Defendants submit the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, which sets forth the Government's arguments in detail.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), the new Director of the United States Office of Personnel Management, Linda Springer, is hereby substituted for Dan G. Blair as a defendant in this case.

```
                              Respectfully submitted,

                              Michael J. Sullivan
                              United States Attorney

                         BY:  /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA 02110
Dated: March 23, 2006         (617) 748-3398
```

## CERTIFICATE OF SERVICE

    I certify that on March 23, 2006, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

```
                              /s/ Damian W. Wilmot
                              DAMIAN W.  WILMOT
                              Assistant U.S. Attorney
```