UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No. 04-12395-JLT |
| UNITED STATES OF AMERICA, ANN M. VENEMAN, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, AND LINDA SPRINGER, DIRECTOR, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM
OF LAW IN EXCESS OF TWENTY PAGES (ASSENTED TO)**

Defendants, the United States of America, Ann M. Veneman, Secretary of the United States Department of Agriculture, and Linda Springer,[1] Director of the United States Office of Personnel Management, by their attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, hereby move for leave from Local Rule 7.1(B)(4) to file a Memorandum of Law in Support of its Cross-Motion for Summary Judgment that exceeds twenty (20) pages.  The government believes that the memorandum, which is only twenty-eight (28) pages, clarifies the issues before the Court and will assist it in reaching a decision on its motion for summary judgment.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), the new Director of the United States Office of Personnel Management, Linda Springer, is hereby substituted for Dan G. Blair as a defendant in this case.

                                        Respectfully submitted,

                                        Michael J. Sullivan
                                        United States Attorney

                          BY:    /s/ Damian W. Wilmot
                                        DAMIAN W. WILMOT
                                        Assistant U.S. Attorney
                                        Moakley Federal Courthouse
                                        One Courthouse Way, Suite 9200
                                        Boston, MA 02110
Dated: March 23, 2006           (617) 748-3398

## CERTIFICATION UNDER L.R. 7.1

    I certify that in accordance with Local Rule 7.1, on March 22, 2006, I have conferred with the *pro se* Plaintiff and he assents to the above motion.

                                                  /s/ Damian W. Wilmot
                                                  DAMIAN W. WILMOT
                                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I certify that on March 23, 2006, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

                                                  /s/ Damian W. Wilmot
                                                  DAMIAN W.  WILMOT
                                                  Assistant U.S. Attorney