UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JOHN G. PEDICINI,

        Plaintiff

-vs-                                CIVIL ACTION NO. 04-12395-JLT

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE, ANN M. VENEMAN
SECRETARY, AND LINDA SPRINGER[1],
DIRECTOR, UNITED STATES
OFFICE OF PERSONNEL
MANAGEMENT,
        Defendants
```

FILED
IN CLERKS OFFICE

2006 APR 12 P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS
OF TWENTY PAGES AND SINGLE-SPACED STATEMENTS OF FACTS

Plaintiff John G. Pedicini hereby moves for leave from Local Rule 7.1 (B)(4) to file a Memorandum In Opposition To Defendants' Motion for Summary Judgment that exceeds twenty (20) pages and Statements of Fact that are single-spaced. Plaintiff believes that the memorandum, which is only thirty-four (34) pages, and the Statements of Facts, which are single-spaced, clarify the issues before the Court and will assist it in reaching a decision on its motion for summary judgment.

---

[1] Pursuant to Federal Rule of Civil Procedure 25 (d)(1), the new Director of the United States Office of Personnel Management, Linda

Respectfully submitted,

*[signature: John H. Pedicini]*

John G. Pedicini, Pro Se
10 Milano Drive
Saugus, MA 01906
781-233-5274

Dated: April 12, 2006

### CERIFICATION UNDER L.R. 7.1

I certify that on April 4, 2006, I have conferred with Damian Wilmot and he assented to a 50 page total between the Memorandum in Opposition to Defendants' Summary Judgment and the Memorandum of Law In Support of Plaintiff's Cross-Motion For Summary Judgment. The final total of the two memoranda is 51 pages.

*[signature: John H. Pedicini]*
John G. Pedicini, Pro Se

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, I sent a copy of the foregoing document to the Defendants, via certified mail return receipt requested, to Damian Wilmot, Esq., Assistant U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110.

*[signature: John H. Pedicini]*
John G. Pedicini, Plaintiff Pro Se

---

Springer, is hereby substituted for Dam G. Blair as a defendant in this case.