UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff

-vs-

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE, ANN M. VENEMAN
SECRETARY, AND LINDA SPRINGER[1],
DRECTOR, UNITED STATES OFFICE
OF PERSONNEL MANAGEMENT,

    Defendants

CIVIL ACTION NO. 04-12395-JLT

### PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff John G. Pedicini brings this cross-motion for summary judgment. As demonstrated by the pleadings, depositions, admissions and affidavits submitted herewith, Plaintiff is entitled to a judgment in his favor on all issues.

This Motion is supported by the Statement of Material Facts as to Which Plaintiff Contends That There Is No Genuine Issue For Trial, Memorandum In Support of Plaintiff's Cross-Motion for Summary Judgment, Plaintiff's Exhibits 1-76 in Support of Plaintiff's Cross-Motion for Summary Judgment and In

---

[1] Pursuant to Federal Rule of Civil Procedure 25 (d)(1), the new Director of the United States Office of Personnel Management, Linda Springer, is hereby substituted for Dam G. Blair as a defendant in this case.

Opposition to Defendants' Motion for Summary Judgment, Statement of Material Facts As To Which Plaintiff Contends That There Exists A Genuine Issue To Be Tried And Plaintiff's Response To Defendants' Statement of Facts, Plaintiff's Memorandum In Opposition To Defendants' Motion For Summary Judgment, and the pleadings on file in this matter.

                                  Respectfully submitted,

                                  _____
                                  John G. Pedicini, Pro Se
                                  10 Milano Drive
                                  Saugus, MA 01906
                                  781-233-5274

Dated: April 12, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, I sent a copy of the foregoing document to the Defendants, via certified mail return receipt requested, to Damian Wilmot, Esq., Assistant U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110.

_____
John G. Pedicini, Plaintiff Pro Se