UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JOHN G. PEDICINI,              |
                               |
        Plaintiff              |
                               |   CIVIL ACTION NO. 04-12395-JLT
-vs-                           |
                               |
UNITED STATES OF AMERICA,      |
UNITED STATES DEPARTMENT OF    |
AGRICULTURE, ANN M. VENEMAN    |
SECRETARY, AND LINDA SPRINGER¹,|
DIRECTOR, UNITED STATES        |
OFFICE OF PERSONNEL            |
MANAGEMENT,                    |
        Defendants             |
                               |
```

*FILED IN CLERK'S OFFICE 2006 MAY -9 P 12:07 U.S. DISTRICT COURT DISTRICT OF MASS.*

## PLAINTIFF'S MOTION FOR LEAVE TO CORRECT A TYPOGRAPHICAL ERROR ON FIRST PAGE OF PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF FACTS

Plaintiff John G. Pedicini hereby moves for leave of the Court to correct a typographical error on the first page of Plaintiff's Response To Defendants' Statement of Facts. The title and part of the first sentence of the introductory paragraph were inadvertently carried forward from a previous document, via a merge function. As a result, the words "*STATEMENT OF MATERIAL FACTS AS TO WHICH PLAINTIFF CONTENDS THAT THERE EXISTS A GENUINE ISSUE TO BE TRIED AND*" were merged with the words "PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF FACTS". Plaintiff moves to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), the new Director of the United States Office of Personnel Management, Linda Springer, is hereby substituted for Dan G. Blair as a defendant in this case.

strike the words, "*STATEMENT OF MATERIAL FACTS AS TO WHICH PLAINTIFF CONTENDS THAT THERE EXISTS A GENUINE ISSUE TO BE TRIED AND*". Similarly, Plaintiff moves to strike the following words from the first sentence in the introductory paragraph, "*contends that there exists a genuine issue to be tried as to the disputed material facts set forth below*". Plaintiff hereby states that the striking of these words consists of correcting a typographical error through a word processing merge function (i.e. find and replace). All of Plaintiff's responses to the Defendants' Statements of Fact remain unchanged, as previously filed with the Court.

                         Respectfully submitted,

                         John G. Pedicini, Pro Se
                         10 Milano Drive
                         Saugus, MA 01906
                         781-233-5274

Dated: May 9, 2006

## CERIFICATION UNDER L.R. 7.1

    I certify that on May 8, 2006, I conferred, via email with Damian Wilmot, Defendants' counsel, about all changes cited in this motion and he stated that he would not assent to this motion. However, he also stated that he would not oppose it.

                         John G. Pedicini, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006, I sent a copy of the foregoing document to the Defendants, via certified mail return receipt requested, to Damian Wilmot, Esq., Assistant U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110.

*John G. Pedicini*
John G. Pedicini, Plaintiff Pro Se