UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN G. PEDICINI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12395-JLT |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

May 24, 2006

TAURO, J.

After a Hearing held on May 24, 2006, this court hereby orders that:

1. The Parties will report to Ms. Zita Lovett by May 31, 2006 regarding the status of the case.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge