UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | |
| Plaintiff | |
| -vs- | CIVIL ACTION NO. 04-12395-JLT |
| UNITED STATES OF AMERICA UNITED STATES DEPARTMENT OF AGRICULTURE, ANN M. VENEMAN, SECRETARY, AND LINDA SPRINGER[1] Defendants | AFFIDAVIT |

Commonwealth of Massachusetts   )
                                ) SS.:
COUNTY OF SUFFOLK               )

JOHN G. PEDICINI, being duly sworn, deposes and says:

   1.   I am the Plaintiff in the above-captioned case and I assert the following based on my personal observation and knowledge, I am over 18, and I am of sound mind and am mentally competent to testify to the matters contained in this affidavit.
   2.   I have been the EEO Representative for several co-workers at the Northeast Regional Office of the Food and Nutrition Service, U.S. Department of Agriculture, 10 Causeway Street, Boston, MA.
   3.   I have directly negotiated two settlement agreements for other co-workers with the Defendants.
   4.   Both settlement agreements came as the result of EEO Complaints against the Defendants.
   5.   Both settlement agreements involved a promotion for the complainants.
   6.   The most recent settlement agreement was signed by the Defendants about four months ago, involving an employee in the same work area as the Plaintiff-the Financial Management Unit.

---

[1] Pursuant to Federal Rules of Civil Procedure 25 (d)(1), the new Director of the United States Office of Personnel Management, Linda Springer, is hereby substituted for Dan G. Blair as a defendant in this case.

7.   Another settlement agreement involved a promotion from a Grade 11 to a Grade 12 for a co-worker in the same work area as the Plaintiff—the Financial Management Unit.

8.   Plaintiff is in possession of these settlement agreements and stands ready, upon request, to provide them to the Court for further review.

Dated: 6/19/06

_____
John G. Pedicini, Plaintiff Pro Se

Sworn to me on this 19th day of June, 2006.

_____
Notary Public

KENNETH R. REED
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 30, 2010

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I sent a copy of the foregoing affidavit to the Defendants, via certified mail, return receipt requested, to Damian Wilmot, Esq., Assistant U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110.

_____
John G. Pedicini, Plaintiff Pro Se