Ms. Zita Lovett
Court Clerk to the Honorable Joseph L. Tauro
United States District Court, District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

July 26, 2006

**CERTIFIED MAIL
RETURN RECEIPT
REQUESTED**

FILED
IN CLERKS OFFICE

2006 JUL 27  P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

**RE: John Pedicini v. United States of America, et al., C.A. No. 04-12395-JLT**

Dear Ms. Lovett:

From August 5, 2006 to August 19, 2006, I will be out of the country, vacationing with my wife and children in Canada.

I am hereby requesting any hearing in the above entitled case not be scheduled during that time period, since I am a plaintiff pro se.

Thank you for your help.

Sincerely,

*[signature]*

John G. Pedicini
10 Milano Drive
Saugus, MA 01906
781-233-5274


Cc: Mr. Damian Wilmot, Esq.
    Assistant U.S. Attorney
    One Courthouse Way, Suite 9200
    Boston, MA 02110

**(Certified Mail
Return Receipt
Requested )**