UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
John G. Pedicini,                   )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )   C.A. No. 04-CV-12395-JLT
United States of America, et al.,   )
                                    )
            Defendants.             )
_____ )

**NOTICE OF WITHDRAWAL**
**AND SUBSTITUTION OF APPEARANCE**

Pursuant to L.R. 83.5.2, please note the withdrawal of the appearance of Damian Wilmot, who has left the U.S. Attorney's office, and please enter the appearance of the undersigned Assistant United States Attorney as counsel for the defendants in the above-captioned matter.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                            By:  /s/ Barbara Healy Smith
                            Barbara Healy Smith
                            Assistant U.S. Attorney
                            John Joseph Moakley U.S. Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3100

Dated: September 22, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                             /s/ Barbara Healy Smith
                            Barbara Healy Smith
                            Assistant United States Attorney