Ms. Zita Lovett
Court Clerk to the Honorable Joseph L. Tauro
United States District Court, District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

FILED
THIS OFFICE

2006 OCT 12  P 2: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

October 10, 2006

**RE:  John Pedicini v. United States of America, et al., C.A. No. 04-12395-JLT**

Dear Ms. Lovett:

Due to the scheduling of an agency conference from October 16, 2006 to October 20, 2006 in Alexandria, Virginia, I will be out of state during that time period.

Since I am a plaintiff pro se, any hearing scheduled for that week will create a hardship for me.

I am hereby requesting any hearing not be scheduled during the week of October 16, 2006 to October 20, 2006.

Thank you for your attention to this matter.

Sincerely,

John G. Pedicini
10 Milano Drive
Saugus, MA  01906
781-233-5274

Cc:  Ms. Barbara Healy Smith, Esq.        **(Certified Mail**
     Assistant U.S. Attorney             **Return Receipt**
     One Courthouse Way, Suite 9200       **Requested )**
     Boston, MA  02110