Ms. Zita Lovett
Court Clerk to the Honorable Joseph L. Tauro
United States District Court, District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

December 20, 2006

**CERTIFIED MAIL
RETURN RECEIPT
REQUESTED**

**RE:   John Pedicini v. United States of America, et al., C.A. No. 04-12395-JLT**

Dear Ms. Lovett:

From January 21, 2007 to January 28, 2007, I will be traveling, out of the State of Massachusetts, on official business for the U.S. Government, U.S. Department of Agriculture.

I am hereby requesting any hearing in the above entitled case not be scheduled during that time period, since I am a plaintiff pro se.

Thank you for your help.

Sincerely,

*[signature]*

John G. Pedicini, Pro Se
10 Milano Drive
Saugus, MA 01906
781-233-5274


Cc:  Ms. Barbara Healy Smith,            **(Certified Mail**
       Assistant U.S. Attorney              **Return Receipt**
       One Courthouse Way, Suite 9200       **Requested )**
       Boston, MA  02110