UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN G. PEDICINI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12395-JLT |
| | * | |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

February 15, 2007

TAURO, J.

This court hereby orders that:

1. The parties shall bring representatives with full settlement authority to the March 1, 2007, summary judgment hearing.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge