FILED
CLERK'S OFFICE

2007 APR -9 P 12: 04

Ms. Zita Lovett
Court Clerk to the Honorable Joseph L. Tauro
United States District Court, District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

April 9, 2007

**RE: John Pedicini v. United States of America, et al., C.A. No. 04-12395-JLT**

Dear Ms. Lovett:

I will be on official travel for the U.S. Government on April 26-27, 2007 in the State of Connecticut and from May 7-11, 2007 in the State of Maine. Enclosed is an affidavit on this issue.

Since I am a plaintiff pro se, any hearing scheduled for the aforementioned dates will create a hardship for me.

I am hereby requesting any hearing not be scheduled during those dates.

Thank you for your attention to this matter.

Sincerely,

John G. Pedicini
10 Milano Drive
Saugus, MA 01906
781-233-5274


Cc: Ms. Barabara Healy Smith,         **(Certified Mail**
    Assistant U.S. Attorney           **Return Receipt**
    One Courthouse Way, Suite 9200    **Requested )**
    Boston, MA 02110

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff

-vs-

UNITED STATES OF AMERICA
UNITED STATES DEPARTMENT OF
AGRICULTURE,
MIKE JOHANNS[1], SECRETARY,

    Defendants

CIVIL ACTION NO. 04-12395-JLT

AFFIDAVIT

Commonwealth of Massachusetts  )
                                   )    SS.:
COUNTY OF ESSEX               )

JOHN G. PEDICINI, being duly sworn, deposes and says:

    1.    I am the Plaintiff in the above-captioned case and I assert the following based on my personal observation and knowledge, I am over 18, and I am of sound mind and am mentally competent to testify to the matters contained in this affidavit.
    2.    I am the plaintiff, pro se, in the above-entitled case.
    3.    I am employed at the Northeast Regional Office of the Food and Nutrition Service, U.S. Department of Agriculture, 10 Causeway Street, Boston, MA.
    4.    I will be on official travel for the U.S. Government on **April 26-27, 2007** in the State of Connecticut and from **May 7-11, 2007** in the State of Maine..
    5.    Since I am plaintiff pro se in this case, the scheduling of any hearing during the aforementioned dates would create a hardship for me.
    6.    I am hereby requesting that any hearing in the above-entitled case not be scheduled on the aforementioned dates.

---

[1] Pursuant to Federal Rules of Civil Procedure 25(d)(1), the new Secretary of the United States Department of Agriculture, Mike Johanns, is hereby substituted for Ann M. Venneman in this case.

Dated: 4/7/07

John G. Pedicini, Plaintiff Pro Se

Sworn to me on this 7th day of April, 2007.

Notary Public

MEAGHAN BUNASKAVICH
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 7, 2012

2

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I sent a copy of the foregoing affidavit to the Defendants, via certified mail, return receipt requested, to Barbara Healy Smith, Assistant U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110.

_____     4/9/07
John G. Pedicini, Plaintiff Pro Se