UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN G. PEDICINI,                   )
                                    )
        Plaintiff,                  )
                                    )   C.A. No. 04-CV-12395-JLT
    v.                              )
                                    )
UNITED STATES OF AMERICA, ET AL.,   )
                                    )
        Defendants.                 )
_____ )

**NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF APPEARANCE**

Pursuant to L.R. 83.5.2, please note the **withdrawal** of the appearance of Barbara Healy Smith, who has been reassigned from this case, and please **enter** the appearance of the undersigned Assistant United States Attorney as counsel for the defendants in the above-captioned matter.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By:     /s/ Rayford Farquhar
                            Rayford Farquhar
                            Assistant U.S. Attorney
                            John Joseph Moakley U.S. Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3100

Dated: May 29, 2007

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Dated: May 29, 2007                                    /s/ Rayford Farquhar
                                                                         Rayford Farquhar
                                                                         Assistant U.S. Attorney