UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI,  )<br>  )<br>       Plaintiff,  )<br>  )  C.A. No. 04-CV-12395-JLT<br>     v.  )<br>  )<br>UNITED STATES OF AMERICA, ET AL.,  )<br>  )<br>       Defendants.  )<br>_____ ) | |

NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the Defendants Untied States of America, et al., in the above-captioned matter.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

        By:   /s/ Rayford Farquhar
                Rayford Farquhar
                Assistant U.S. Attorney
                John Joseph Moakley U.S. Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3100

Dated: May 29, 2007

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Dated: May 29, 2007                       /s/ Rayford Farquhar
                                                       Rayford Farquhar
                                                       Assistant U.S. Attorney