UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PEDICINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04-12395-JLT |
| UNITED STATES OF AMERICA, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION OF THE PARTIES TO CONTINUE THE TRIAL DATE**

The parties, John Pedicini and the United States, herein, move this Court through this Joint Motion to continue the Trial Date currently scheduled for July 30, 2007 to August 13, 2007. As grounds for this motion the parties state as follows:

1. On June 13, 2007 the court scheduled the trial for July 30, 2007;

2. The plaintiff has checked with his witnesses and several of the plaintiff's witnesses have pre-paid vacation plans during first week of August, 2007.

3. Counsel for the defendant currently has a trial scheduled for July 30, 2007 in another case.

WHEREFORE, based on the unavailability of witnesses for the plaintiff, and counsel for the defendant having another trial scheduled for the same day, the parties seek to continue the Trial date currently scheduled for July 30, 2007 to August 13, 2007.

Respectfully submitted,

| | |
|---|---|
| JOHN G. PEDICINI, Pro Se | UNITED STATES OF AMERICA, |
| | By its Attorneys, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ John G. Pedicini<br>John G. Pedicini, Pro Se<br>10 Milano Drive<br>Saugus, MA 01906<br>781-248-1385 | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>(617) 748-3284 |

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2007.

/s/Rayford A. Farquhar
Rayford A. Farquhar

LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, do hereby state that on June 21, 2007 and June 22, 2007 I spoke with John G. Pedicini and he assented to the filing of this Joint Motion to Continue the Trial.

/s/ Rayford A. Farqhuar
Rayford A. Farquhar
Assistant U.S. Attorney

2