UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,  *
        Plaintiff,  *
v.  *  Civil Action No. 04-12395-JLT
UNITED STATES OF AMERICA, et al.,  *
        Defendants.  *

ORDER

July 12, 2007

TAURO, J.

This court hereby orders that:

1. The Parties shall submit a list of agreed-upon exhibits, and a separate list of disputed exhibits, to the Deputy Courtroom Clerk by July 30, 2007.

2. All exhibits to be used at trial shall be pre-marked. The Government shall use <u>numbers</u>, and Defendants shall use <u>letters</u>.

3. By July 30, 2007, the parties shall file a Joint Witness List containing the names and addresses of witnesses to be called, as well as the estimated time needed for direct and cross examination. The amount of time for cross-examination shall not exceed the amount of time designated for the direct examination of the witness.

4. All Motions in Limine shall be filed by July 23, 2007 at 5:00 pm. All oppositions to Motions in Limine shall be filed by July 31, 2007.

5.  The morning trial session will begin each day at 10:00 am and end at 1:00 pm, and the afternoon trial session will begin at 2:15 pm and end at 4:30 pm.

6.  A Final Pre-Trial Conference will be held on August 2, 2007 at 10:30 am.

IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro
                                         United States District Judge