UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | C.A. No. 04-CV-12395-JLT |

NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the Defendants Untied States of America, et al., in the above-captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:    /s/ Gina Walcott-Torres
                              Gina Walcott-Torres
                              Assistant U.S. Attorney
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100

Dated: July 13, 2007

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Dated: July 13, 2007                      /s/ Gina Walcott-Torres
                                                   Gina Walcott-Torres
                                                   Assistant U.S. Attorney