Zita Lovett
Court Clerk to the Honorable Joseph L. Tauro
United States District Court, District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

July 18, 2007

FILED
IN CLERKS OFFICE

2007 JUL 18  P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Re: John G. Pedicini v. United States of America, et al.
USDC-MA, C.A. No. 04-12395-JLT**

Dear Ms. Lovett:

Pursuant to the requirements of the upcoming trial in the above-entitled matter, I have sent out, via constable service, over 15 subpoenas to witnesses.

On June 21, 2007, I presented the first subpoena to the Clerk's Office at 1 Courthouse Way for the Deputy Clerk to sign it. I was advised by the Deputy Clerk that the Clerk's signature was not necessary. According to him, a Plaintiff Pro Se can sign the subpoena by eliminating the words "Attorney" and "Defendant" on Form AO 88, in the next to the last block entitled "ISSUING OFFICER'S SIGNATURE AND TITLE( IDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)", and adding the words "Plaintiff Pro Se" aside of the signature.

I have followed this procedure for all the subpoenas. However, I do not see anything in the Local Rules that mentions it.

If this procedure is incorrect, please advise.

Thank you and Kim for all your help.

Sincerely,

*[signature]*

John G. Pedicini, Plaintiff Pro Se
10 Milano Drive
Saugus, MA 01906
(781)-248-1385

cc: Gina Walcott-Torres