UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

CIVIL ACTION NO. 04-12395-JLT

FILED
IN CLERKS OFFICE
2007 JUL 17 P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

## AMENDMENT TO PLAINTIFF'S RULE 26(a)(3) DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff, John G. Pedicini, provides the following amendment to Rule 26(a)(3) pretrial disclosures.

(A)   **the name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:**

    Plaintiff expects to present testimony from the following additional individual:

    (12) Lori Lodato (factual)
        161 R. Lake Street
        Wilmington, MA 01887
        (617) 565-6483

Defendants were notified of this addition on July 13, 2007, via U.S. Government electronic mail (see Exhibit A, attached hereto).

Respectfully submitted,

*/s/ John G. Pedicini*
John G. Pedicini, Plaintiff Pro Se
10 Milano Drive
Saugus, MA  01906
(781)248-1385

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the Defendants by certified mail, return receipt requested, to Gina Walcott-Torres, Assistant U.S. Attorney, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on July 17, 2007.

| | |
|---|---|
| */s/ John G. Pedicini*, Plaintiff Pro Se | 7-17-07 |
| | Date |

# EXHIBIT A

## Pedicini, John

**From:** Pedicini, John
**Sent:** Friday, July 13, 2007 6:18 AM
**To:** Walcott, Gina (USAMA)
**Cc:** Gloria.Bruno@usdoj.gov; Rayford.Farquhar@usdoj.gov
**Subject:** RE: Pretrial Disclosures

Ms. Walcott-Torres:

There is a typographical error and omission in the Pretrial Disclosures.

On page 3, Witness #11, the word **(factual)** should appear after the name of "Martin Hines". His address should be **10 Causeway Street, #501, Boston, MA 02222.** His telephone number is correct. Also, Witness #12 was inadvertently omitted. It should be **Lori Lodato, 161 R. Lake Street, Wilmington, MA 01887, Tel. # 617-565-6483.**

Thanks,

-----John G. Pedicini

---

**From:** Walcott, Gina (USAMA) [mailto:Gina.Walcott@usdoj.gov]
**Sent:** Mon 7/9/2007 10:12 AM
**To:** Pedicini, John
**Subject:** Greetings!

Mr. Pedicini –

My name is Gina Walcott-Torres and I am the AUSA who has been assigned to try your case (<u>Pedicini v. USA, et al.</u>, Civil Action No. 04-12395JLT). Sorry for the delayed introduction, but I was just assigned the case a little over a week ago.

I understand that you have expressed an interest in meeting for the purpose of drafting a Joint Pretrial Memorandum, which I am happy to do. We also need to begin sorting through both of our proposed documents, so we know what, if any, objections we'll need to file.

Please email me with your schedule over the next several weeks, so we can select a mutually agreeable date/time to meet.

Respectfully,

AUSA Gina Walcott-Torres, #617/748-3369

gina.walcott@usdoj.gov

7/17/2007