```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
```

FILED
IN CLERKS OFFICE

2007 JUL 19  P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA ET AL.,

    Defendants.

CIVIL ACTION NO. 04-12395-JLT

## PLAINTIFF'S MOTION *IN LIMINE*

Plaintiff, John G. Pedicini, hereby moves this Court *in limine* to enter an Order invoking Fed. R. Evid. 615, and therefore prohibiting potential witnesses from hearing the testimony of other witnesses in the trial, unless the witness qualifies under an exception to the rule of exclusion; and prohibiting the Defendants from providing to potential witnesses in this case, unless the witness qualifies under an exception to the rule of exclusion, transcripts of trial or pre-trial testimony given by other potential or actual trial witnesses.

Respectfully submitted,

_____     7/19/07
John G. Pedicini, Plaintiff Pro Se     Date
10 Milano Drive
Saugus, MA 01906
781-248-1385


### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on July 17, 2007 and that we were unable to resolve the issues set forth in this motion.

_____     7/19/07
John G. Pedicini, Pro Se               Date


### CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document and the memorandum in support of the above motion were served on the Defendants on July 19, 2007, via certified mail, return receipt requested to: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By _____   7/19/07
John G. Pedicini, Pro Se               Date