UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL 23  A 10: 50

JOHN G. PEDICINI,

      Plaintiff,

              CIVIL ACTION NO.
U.S. DISTRICT COURT
DISTRICT OF MASS.

-vs-

UNITED STATES OF AMERICA
ET AL.,

      Defendants.

## PLAINTIFF'S MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES
## (ASSENTED TO)

Plaintiff, John G. Pedicini, respectfully moves the

Court to extend the deadlines established by the Court's

July 12, 2007 order for Motions In Limine by seven (7) days

for the Plaintiff. Good cause exists for granting the

Plaintiff's request. As of today's date, July 23, 2007,

Plaintiff has not received any pretrial disclosures from

the Defendants(See Plaintiff's Affidavit, attached hereto

as Exhibit A). Since the deadline for filing motions in

limine is today, July 23, 2007, by 5:00pm, Plaintiff will

be deprived of his right to contest the evidence brought to

trial by the Defendants through no fault of his own. By

comparison, Defendants have had fourteen (14) days to review Plaintiff's pretrial disclosures which were filed on July 9, 2007.

Defendants assent to this Motion.

Therefore, Plaintiff requests that the Court extend (1) the deadline for Plaintiff's filing of motions in limine from July 23, 2007 to July 30, 2007, provided Defendants provide Plaintiff with their pretrial disclosures by July 24, 2007; (2) extend other deadlines accordingly.


Respectfully submitted,


John G. Pedicini, Plaintiff Pro Se          7/23/07
10 Milano Drive                               Date
Saugus, MA 01906
781-248-1385


**CERTIFICATION UNDER L.R. 7.1**

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel, Gina Walcott-Torres, on July 19, 2007 and she assents to this Motion.


John G. Pedicini, Pro Se          7/23/07
                                   Date

2

## CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy
of the above document and the memorandum in support of the
above motion were served on the Defendants on July 23,
2007, via certified mail, return receipt requested to: Gina
Walcott-Torres, Assistant U.S. Attorney, Moakley
Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By: _John G. Pedicini, Pro Se_          _7/23/07_
    John G. Pedicini, Pro Se              Date

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JOHN G. PEDICINI,

      Plaintiff

                    **CIVIL ACTION NO. 04-12395-JLT**

-vs-

UNITED STATES OF AMERICA
ET AL.,                    **AFFIDAVIT**
      Defendants.

Commonwealth of Massachusetts  )
                        )    SS.:
COUNTY OF ESSEX           )

JOHN G. PEDICINI, being duly sworn, deposes and says:

    1.   I am the Plaintiff in the above-captioned case and I
assert the following based on my personal observation and
knowledge, I am over 18, and I am of sound mind and am mentally
competent to testify to the matters contained in this affidavit.
    2.   As of the date and time of this affidavit, I have not
received any pretrial disclosures from the Defendants in the
above-entitled case.

Dated: _7/23/07_

Time: _10:34 AM_

                              John G. Pedicini, Plaintiff Pro Se

Sworn to me on this 23 day of July, 2007.

               Notary Public