UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, :<br>:<br>    Plaintiff, :<br>:<br>    v. :<br>: Case No. 04-12395-JLT<br>UNITED STATES OF AMERICA, et al., :<br>:<br>    Defendants. :<br>:<br>: | |

**DEFENDANTS' CERTIFICATION PURSUANT TO LOC. R. 7.1(A)(2) AS TO DOCUMENTS NUMBERED 103 AND 104 OF THE CASE DOCKET**

The United States of America, et al. (hereinafter, "Defendants"), by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby certifies that it fulfilled its obligations under Loc. R. 7.1(A)(2) with respect to the motions that are documents numbered 103 and 104 of the case docket.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

BY:  /s/ Gina Walcott-Torres
GINA WALCOTT-TORRES
Assistant U.S. Attorney
Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02110
Dated: July 23, 2007            (617) 748-3100

## CERTIFICATE OF SERVICE

I certify that on July 23, 2007, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

/s/ Gina Walcott-Torres
GINA WALCOTT-TORRES
Assistant U.S. Attorney
Moakley Federal Courthouse