UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

CIVIL ACTION NO. 04-12395-JLT

FILED
IN CLERKS OFFICE
2007 JUL 26  P 3: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

### PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S AMENDED MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXHIBITS AND PLAINTIFF'S CONDITIONAL REQUEST FOR EXTENSION OF PRE-TRIAL DEADLINE

Plaintiff, John G. Pedicini, respectfully moves the Court to deny Plaintiff's Amended Motion In Limine To Exclude Plaintiff's Exhibits since it was filed after the July 23, 2007 deadline and has a disruptive affect on the pre-trial schedule. In addition, Defendants have increased the number of contested exhibits from twenty-two (22) to forty-two (42). The result of their motion has an adverse affect on Plaintiff's time to response and the overall pre-trial schedule. Plaintiff received the motion for the first time on July 26, 2007.

In addition, based on the condition that the Court grants Defendant's motion, Plaintiff moves the Court to extend his deadline to oppose Defendant's Motion in Limine from July 30, 2007 to August 2, 2007 and move the date of the pre-trial conference to the week of August 6, 2007.

Therefore, Plaintiff requests that the Court deny Defendant's amended motion in limine, as untimely. However, if the Court grants the motion, Plaintiff requests the aforementioned extension of time and revised date of pre-trial conference.

Respectfully submitted,

_____    7/26/07
John G. Pedicini, Plaintiff Pro Se    Date
10 Milano Drive
Saugus, MA 01906
781-248-1385

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on July 26, 2007 and that we were unable to resolve the issues set forth in this motion.

_____    7/26/07
John G. Pedicini, Pro Se    Date

2

## CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document was served on the Defendants on July 26, 2007, via certified mail, return receipt requested to: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By: _____    7/26/07
   John G. Pedicini, Pro Se            Date