UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | :  Case No. 04-12395-JLT |
| UNITED STATES OF AMERICA, et al., | : |
| | : |
| Defendants. | : |
| | : |
| | : |

**DEFENDANTS' MOTION TO PRESENT JOHN GHIORZI
AT TRIAL VIA DEPOSITION OR DEPOSITION TRANSCRIPT**

Pursuant to Fed. R. Civ. P. 32(a)(3)(C), Defendants are submitting this request to have the testimony of John Ghiorzi presented at trial via deposition or deposition transcript.[1] As reasons therefor, Defendants state that Mr. Ghiorzi has a documented medical condition, the manifestation of which affects him physically. Additionally, Mr. Ghiorzi is the primary caretaker of his mother-in-law, who recently suffered a severe stroke and heart attack.

Defendants will provide the Court with medical documentation in support of the claims herein upon the Court's request.

---

[1] This request was not a part of our Fed. R. Civ. P. 26(a)(3) disclosure because Defendants learned this information subsequent to our filing.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                BY: /s/ Gina Walcott-Torres
                                        GINA WALCOTT-TORRES
                                        Assistant U.S. Attorney
                                        John Joseph Moakley U.S. Courthouse
                                        One Courthouse Way, Suite 9200
                                        Boston, MA 02110
Dated: July 30, 2007                     (617) 748-3369

## CERTIFICATE OF SERVICE

I certify that on July 30, 2007, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

                                        /s/ Gina Walcott-Torres
                                        GINA WALCOTT-TORRES
                                        Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE WITH LOC. R. 7.1(A)(2)

I certify that I have complied with the requirements of Loc. R. 7.1(A)(2).

                                        /s/ Gina Walcott-Torres
                                        GINA WALCOTT-TORRES
                                        Assistant U.S. Attorney