UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 04-12395-JLT |
| : | |
| UNITED STATES OF AMERICA, et al.,: | |
| : | |
| Defendants. : | |
| : | |

## MOTION TO QUASH PLAINTIFF'S SUBPOENAS

The defendants herein move to quash twelve (12) of the seventeen (17) witnesses subpoenaed by the plaintiff, many of whom live out of state and have no connection to the issues to be tried this action. In support of this motion, the defendants have filed a memorandum of law under separate cover.

                                              Respectfully submitted,

                                              Michael J. Sullivan
                                              United States Attorney

BY:   /s/ Gina Walcott-Torres
        GINA WALCOTT-TORRES
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02110
Dated: July 30, 2007        (617) 748-3369

## CERTIFICATE OF SERVICE

I certify that on July 30, 2007, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

/s/ Gina Walcott-Torres
GINA WALCOTT-TORRES
Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE WITH LOC. R. 7.1(A)(2)

I certify that I have complied with the requirements of Loc. R. 7.1(A)(2).

/s/ Gina Walcott-Torres
GINA WALCOTT-TORRES
Assistant U.S. Attorney