UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 04-12395-JLT |
| : | |
| UNITED STATES OF AMERICA, et al., : | |
| : | |
| Defendants. : | |
| : | |

**JOINT LIST OF WITNESSES**

The parties hereby submit the following joint list of witnesses pursuant to the Court's pretrial order, dated July 12, 2007:

**Witnesses Plaintiff Expects To Call at Trial**

| Witness Name and Address | Estimated Time for Direct Examination | Estimated Time for Cross Examination[1] |
|---|---|---|
| **Lawrence Blim** USDA-FNS 3101 Park Center Drive Alexandria, VA 22302-1500 (703)305-1548 | 1 hr. | 1 hr. |
| **Lisha Dorman** USDA-FNS | 1.5-2 hrs. | 1.5-2 hrs. |

---

[1] As Defendants do not yet know, and are unable to anticipate, Plaintiff's areas of questioning, it is therefore difficult to predict the amount of time Defendants will need to cross-examine these witnesses. Accordingly, Defendants assume for purposes of this list that they will take the same amount of time for cross-examination as Plaintiff took for his direct examination of the witnesses.

1

| | | |
|---|---|---|
| 3101 Park Center Drive<br>Alexandria, VA 22302-1500<br>(703)305-2754 | | |
| **Martin Hines**<br>FNS-USDA<br>10 Causeway Street, Rm. #501<br>Boston, MA 02222<br>(617)565-6454 | 2-2.5 hrs. | 2-2.5 hrs. |
| **Jada Johnson**<br>FNS-USDA<br>3101 Park Center Drive<br>Alexandria, VA 22302-1500<br>(703)305-2094 | 1 hr. | 1 hr. |
| **Lori Lodato**<br>161 R. Lake Street<br>Wilmington, MA 01887<br>(617)565-6483 | 20-30 mins. | 20-30 mins. |
| **Juanita Makuta**<br>USDA-FNS<br>3101 Park Center Drive<br>Alexandria, VA 22302-1500<br>(202)690-0271 | 1-1.5 hrs. | 1-1.5 hrs. |
| **Angela McElmurray Speshock**<br>5401 N. 36th Street<br>Arlington, VA 22207-1388<br>(703)533-0383 | 1-1.5 hrs. | 1-1.5 hrs. |
| **Roberto Salazar**<br>FNS-USDA<br>3101 Park Center Drive<br>Alexandria, VA 22302-1500<br>(703)305-2062 | 30-45 mins. | 30-45 mins. |
| **Brooksie Spears**<br>30 Oxford Street<br>Haverhill, MA 01830<br>(617)565-6490 | 45 mins. - 1hr. | 45 mins. - 1 hr. |

| Witness | Direct | Cross |
|---|---|---|
| **Sadhna True**<br>USDA<br>1400 Independence Ave.,SW<br>Washington, D.C. 20250<br>(202)720-5212 | 45 mins. - 1hr. | 45 mins. - 1 hr. |
| **Michael Watts**<br>USDA<br>1400 Independence Ave., SW<br>Washington, D.C. 20250<br>(202)720-5212 | 45 mins. - 1 hr. | 45 mins. - 1 hr. |

### Witnesses Plaintiff May Call at Trial if the Need Arises

| Witness Name and Address | Estimated Time for Direct Examination | Estimated Time for Cross Examination[2] |
|---|---|---|
| **Robert Canavan**<br>FNS-USDA<br>10 Causeway Street, Rm. #501<br>Boston, MA 02222 | 1 hr. | 1 hr. |
| **John Ghiorzi**<br>8 Dray Coach Circle<br>Nashua, NH 03062<br>(603) 888-1944 | Plaintiff assents to Defendants' Motion to Present Mr. Ghiorzi's Testimony by Deposition and will do the same. | |
| **Diane Harrington**<br>FNS-NERO<br>10 Causeway Street, Rm. #501<br>Boston, MA 02222<br>(617)565-6370 | 45mins. - 1 hr. | 45 mins. - 1 hr. |

---

[2]As Defendants do not yet know, and are unable to anticipate, Plaintiff's areas of questioning, it is therefore difficult to predict the amount of time Defendants will need to cross-examine these witnesses. Accordingly, Defendants assume for purposes of this list that they will take the same amount of time for cross-examination as Plaintiff took for his direct examination of the witnesses.

| | | |
|---|---|---|
| **Douglas MacAllister**<br>601 Haverhill Street<br>Reading, MA 01867<br>(781)842-0161 | 2-2.5 hrs. | 2-2.5 hrs. |
| **John G. Pedicini**<br>10 Milano Drive<br>Saugus, MA 01906<br>(781) 233-5274 | 2 hrs. | 2 hrs. |
| **Luis Perez**<br>FNS-NERO<br>10 Causeway Street, Rm. #501<br>Boston, MA 02222<br>(617) 565-6392 | 1 hr. | 1 hr. |
| **Frances Zorn** | Request for deposition testimony only, to which Defendants object. | Awaiting Court's ruling. |
| | If live testimony, then will need 2-2.5 hrs. | 2-2.5 hrs. |
| **Michael Malone** | Request for deposition testimony only, to which Defendants object. | Awaiting Court's ruling. |
| | If live testimony, then will need 1-1.5 hrs. | 1-1.5 hrs. |
| **Jonathan Lash** | Request for deposition testimony only, to which Defendants may object. | Awaiting Court's ruling. |
| | If live testimony, then will need 1hr. | 1 hr. |

## Witnesses Defendants Expect To Call at Trial

| Witness Name and Address | Estimated Time for Direct Examination | Estimated Time for Cross Examination |
|---|---|---|
| **Robert Canavan** <br> FNS-NERO <br> 10 Causeway Street, Rm. #501 <br> Boston, MA 02222 <br> (617)565-7110 | 1.5 hrs. | 1.5 hrs. |
| **John Ghiorzi** <br> 8 Dray Coach Circle <br> Nashua, NH 03062 <br> (603) 888-1944 | Request for deposition testimony only, which Plaintiff does not oppose. <br><br> If live testimony, then will need 1-1.5 hrs. | Awaiting Court's ruling. <br><br><br> 1-1.5 hrs. |
| **Frances E. Zorn**[3] | 2-2.5 hrs. | 2-2.5 hrs. |

## Witnesses Defendants May Call at Trial if the Need Arises

| Witness Name and Address | Estimated Time for Direct Examination | Estimated Time for Cross Examination |
|---|---|---|
| **Suzanne Biermann** <br> FNS-NERO <br> 10 Causeway Street, Rm. #501 <br> Boston, MA 02222 <br> (617)565-6370 | 45 mins. - 1 hr. | 45 mins. - 1 hr. |
| **Lawrence Blim** <br> USDA-FNS <br> 3101 Park Center Drive | 1 hr. | 1 hr. |

---

[3]The contact information for Frances Zorn will be supplemented upon receipt.

5

Alexandria, VA 22302-1500
(703)305-1548

| | | |
|---|---|---|
| **Roger Hamilton** <br> 75 Mystic Drive <br> Medford, MA 02155 <br> (781)395-2065 | 1 hr. | 1 hr. |
| **Arthur LeBlanc** <br> 194 Water Street <br> Newburyport, MA 01950 | 30 mins. | 30 mins. |
| **Douglas MacAllister** <br> 601 Haverhill Street <br> Reading, MA 01867 <br> (781)842-0161 | 2-2.5 hrs. | 2-2.5 hrs. |
| **Michael Malone** <br> Section Chief <br> National Institute of Health <br> 10401 Fernwood Drive <br> Room 3NE10 <br> Bethesada, MD 20892 <br> (301)402-3001 | 2-2.5 hrs. | 2-2.5 hrs. |

Respectfully submitted,

FOR THE DEFENDANTS                    FOR THE PLAINTIFF

MICHAEL J. SULLIVAN
United States Attorney

/s/ Gina Walcott-Torres                    /s/ John G. Pedicini
Gina Walcott-Torres                        John G. Pedicini
Assistant United States Attorney           10 Milano Drive
John Joseph Moakley U.S. Courthouse        Saugus, MA 01960
1 Courthouse Way, Suite 9200               (781) 233-5274
Boston, MA 02210
(617) 748-3369