UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 04-12395-JLT |
| UNITED STATES OF AMERICA, et al., | ) |
|       Defendants. | ) |

**DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFF'S APA COUNT AS A MATTER OF LAW, OR, IN THE ALTERNATIVE, TO CONSOLIDATE TRIAL ISSUES**

The United States hereby moves to **dismiss** Plaintiff's Administrative Procedure Act (hereinafter, the "APA") claim as a matter of law for the reasons asserted in *Defendant's Further Memorandum on Count II(B)* (filed in April 2007 and still pending before this Court). In the alternative, the United States asks this Court to **consolidate** the second and third surviving issues for trial because both the non-compliance and breach of settlement agreement claims are based on the same alleged acts.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney


                                      BY:  /s/ Gina Walcott-Torres
                                      GINA WALCOTT-TORRES
                                      Assistant U.S. Attorney
                                      John Joseph Moakley U.S. Courthouse
                                      One Courthouse Way, Suite 9200
                                      Boston, MA 02110
Dated:  July 31, 2007                (617) 748-3369


## CERTIFICATE OF SERVICE

     I certify that on July 31, 2007, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

                                        /s/ Gina Walcott-Torres
                                        GINA WALCOTT-TORRES
                                        Assistant U.S. Attorney


## CERTIFICATE OF COMPLIANCE WITH LOC. R. 7.1(A)(2)

   I certify that I have complied with the requirements of Loc. R. 7.1(A)(2).

                                        /s/ Gina Walcott-Torres
                                        GINA WALCOTT-TORRES
                                        Assistant U.S. Attorney