UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | CIVIL ACTION |
| v.       ) | NO. 04-12395-JLT |
| ) | |
| UNITED STATES OF AMERICA, et al.,       ) | |
| ) | |
| Defendants.       ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for the defendants in the above-entitled action.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

BY: /s/Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02110
Dated: August 1, 2007        (617) 748-3282

## CERTIFICATE OF SERVICE

I certify that on August 1, 2007, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

/s/ Anita Johnson
Assistant U.S. Attorney