# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,                          :
                                           :
                Plaintiff,                 :
                                           :
        v.                                 :
                                           :      Case No. 04-12395-JLT
UNITED STATES OF AMERICA, et al.,  :
                                           :
                Defendants.                :
                                           :

## DEFENDANTS' AMENDED RULE 26 DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants, United

States of America, et al. ("Government"), provide the following Rule 26(a)(3) pretrial

disclosures:

**(A)    The following are the names, addresses, and telephone numbers of each witness, separately identifying those that the Government expects to present and those that the Government may call if the need arises:**

    **Defendants expect to present testimony from the following individuals:**

 **1.**    Frances E. Zorn
        400 Madison St.
        Alexandria, VA 22314-1772
        (703)549-2729

1

2       John Ghiorzi[1]
        8 Dray Coach Circle
        Nashua, NH 03062
        (603)888-1944


3.      Robert Canavan
        FNS-NERO
        10 Causeway Street, Rm. #501
        Boston, MA 02222
        (617)565-7110


4.      Douglas MacAllister
        601 Haverhill Street
        Reading, MA 01867
        (781)942-0161


**Defendants may call the following witnesses if the need arises:**


5.      Lawrence Blim
        USDA-FNS
        3101 Park Center Drive
        Alexandria, VA 22302-1500
        (703)305-1548


6.      Arthur LeBlanc
        194 Water Street
        Newburyport, MA 01950
        (978)465-7995

---

[1]Defendants have moved to present the testimony of Mr. Ghiorzi via deposition transcript.  See Defendants' Motion to Present Ghiorzi by Deposition, filed July 30, 2007.

2

7.    Michael Malone
      National Institute of Health
      10401 Fernwood Drive, Room 3NE10
      Bethesada, MD 20892
      (301)402-3001

8.    Rayford Farquhar
      Assistant United States Attorney
      U.S. Attorney's Office for the District of Massachusetts
      Moakley United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617)748-3284

9.    Any witness identified by Plaintiff in his pretrial disclosures (to the extent that
      the Court does not grant Defendants' motions in limine, motion to quash, and
      objections as to those witnesses); and

10.   Any witness that may be necessary to impeach or rebut Plaintiff's case-in-chief.

**(B)    Defendants expect to present the following witness testimony by means of
deposition transcript:**

1.    Deposition of John Ghiorzi, dated June 25, 2005,[2] pp. 11, 14-15, and 25-26.
      Defendants reserve the right to supplement the page numbers of Mr. Ghiorzi's
      Deposition to be used at trial.

**(C)    The following are the documents or exhibits, including the  appropriate
identification of each document, separately identifying those that the
Government expects to offer and those that the Government may offer if the
need arises:**

---

[2] See Defendants' Motion to Present Ghiorizi by Deposition, filed July 30, 2007.

3

**Documents or other exhibits Defendants expect to offer at trial:**

1. Position Description of John Pedicini, Financial Management Specialist (US0176-US0184).

2. Position Description of Martin Hines, Budget Analyst (US0164-US0167).

3. Memorandum from USDA to Regional Administrators, dated February 22, 1982 (US0487-US0488).

4. Delegation of Authority Memoranda (US0013-US0015).

5. Procurement Documents, i.e., Compensatory Time & Overtime Authorization and Printing and Binding Requisition to the Public Printer (P517, P1375, P1373).

6. Settlement Agreement, dated June 17, 2002 (US0104-US0106).

7. Stipulation of Dismissal Without Costs of Pedicini and USDA (Civil Action No. 01-11564-DPW), dated June 25, 2002 (US001).

8. 2001-2006 Performance Appraisals for John Pedicini (US0170-US0175, US0077, P-3363-P-3370, P-3329-P3332, US0509).

9. Performance Appraisal for John Pedicini, dated 2/16/2007 (US0489).

10. FNS Integrated Program Accounting System Report on User Access, dated 7/19/2007 (US0490-US0491).

11. Financial Management Northeast Region Org Chart for period 9/2002-8/2003 (US0056).

12.   Financial Management Official Org Chart, dated 12/1/2004 (US0492).

13.   Financial Management Org Chart for period 2/2006-5/2007 (US0493).

14.   Memo from Gary Maupin regarding Funds Control Officer Responsibilities, dated 1/28/1997 (P-1392).

15.   Memo from Roger A. Butler regarding Permissible Expenditures, dated 11/24/1997 (US0494).

16.   Cash Award, Pay Adjustment, and Within Grade Increase Notification, dated from 5/4/2002 to 8/2/2004 (US208, US0210-US0216, US0220, US0305, US0311).

17.   FNS-NERO FY05 & FY06 Cash Awards issued to John Pedicini (US0495-US0499).

18.   Memo from Michael Watts to Carol Fields Regarding "FNS Response to Noncompliance with a Settlement Agreement," dated 8/28/2003 (P-1292-P-1293).

**Documents or other exhibits Defendants may offer at trial:**

19.   FNS Computer System Access Request for John G. Pedicini, dated 7/20/2001 (US0500-US0501).

20.   SERO Financial Management Organization Chart, dated June 2006 (US0502).

21.   Learning History Record of John Pedicini (US0503).

22.   Memo to Michael Todd, Funds Officer at FNS Mountain Plains Region, regarding Formal Delegation of Authority (US0504).

5

**23.**   Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region Donald E. Arnette (US0505).

**24.**   Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region Retha F. Oliver (US0506).

**25.**   Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region Sara S. Harding (US0507).

**26.**   Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region J. Lewis Wright (US0508).

**27.**   Affidavit of Lisha Dorman, dated 11/2/2005 (P2260-P2263).[3]

**28.**   NERO Vacancy Announcements, posted 7/16/2003 & 11/03/2003 (P-2089-P-2093, P-2083-P2088).

**29.**   Documents or other exhibits referenced in Plaintiff's pretrial disclosures (to the extent that the Court does not grant Defendants' motions in limine, motion to quash, and objections as to those documents and exhibits); and

**30.**   Any document or exhibit that may be necessary to impeach or rebut Plaintiff's case-in-chief.

---

[3]  Defendants have filed a motion in limine to exclude this witness from testifying at trial. In the event, the Court grants Defendants' motion, then this document should be excluded from submission into evidence at trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Gina Walcott-Torres
       Gina Walcott-Torres
       Assistant United States Attorney
       John Joseph Moakley U.S. Courthouse
       One Courthouse Way, Suite 9200
       Boston, Mass. 02110
Dated: August 1, 2007         617-748-3369

## CERTIFICATE OF SERVICE

I certify that on August 1, 2007, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

/s/ Gina Walcott-Torres
Gina Walcott-Torres
Assistant U.S. Attorney

7