UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-12395-JLT |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO DISMISS COUNTS I AND III

For the reasons set forth in the accompanying memorandum, Defendants request that Counts I and III of this action be dismissed pursuant to Rule 12(b)(1) and (b)(6), Federal Rules of Civil Procedure.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:  /s/Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02110
Dated: August 3, 2007          (617) 748-3282

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid, and also by e-mail transmission.

/s/ Anita Johnson