UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG -1  P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

CIVIL ACTION NO. 04-12395-JLT

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENAS

    Plaintiff, John G. Pedicini, respectfully moves the Court to deny Defendants' Motion To Quash Plaintiff's Subpoenas. All witnesses are directly tied to the issues in this action. In support of this motion, Plaintiff has filed a memorandum of law under separate cover.

Respectfully submitted,

_John H. Pedicini_            8/1/07
John G. Pedicini, Plaintiff Pro Se     Date
10 Milano Drive
Saugus, MA 01906
781-248-1385

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on August 1, 2007 and that we were unable to resolve the issues set forth in this motion.

_____        _____
John G. Pedicini, Pro Se                         8/1/07
                                                  Date

## CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document and memorandum were served on the Defendants on August 1, 2007, U.S. Government email system: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By: _____        _____
John G. Pedicini, Pro Se                          8/1/07
                                                   Date