UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

CIVIL ACTION NO. 04-12395-JLT

FILED
IN CLERKS OFFICE

2007 AUG -2 P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

## PLAINTIFF'S OBJECTION TO DEFENDANTS' PRETRIAL QUESTIONING OF PLAINTIFF'S WITNESSES

Plaintiff, John G. Pedicini, hereby objects to Defendants <u>requiring</u> Plaintiff's witnesses to undergo pretrial questioning under the guise of employer-employee relationship, just 5 days before the trial. Such questioning is high prejudicial and intimidating to Plaintiff's witnesses and is an attempt by Defendants to conduct one-sided discovery without the Plaintiff. As Defendants have demonstrated with the proposed addition of numerous new documents in their Rule 26 disclosures, the Defendants have embarked upon a course of resurrecting discovery in the 11th hour of this case, long after

1

discovery ended on January 31, 2006. Defendants are abusing the employer-employee relationship in order to derail Plaintiff's case at trial by vexation of the witnesses. If this practice is taken to its logical conclusion, Defendants will be questioning Plaintiff's witnesses between sessions of the trial.

## CONCLUSION

Therefore, Plaintiff hereby requests this Court to exclude Plaintiff's witnesses from such questioning or, in the alternative, to limit the amount of time and the types of questions being asked at these <u>required</u> pretrial meetings.

Respectfully submitted,

_____        8/2/07
John G. Pedicini, Plaintiff Pro Se      Date
10 Milano Drive
Saugus, MA 01906
781-248-1385

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on August 2, 2007 and that we were unable to resolve the issues set forth in this motion.

_____     _____
John G. Pedicini, Pro Se                        8/2/07
                                                            Date

### CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document was served on the Defendants on August 2, 2007, via U.S. Government email system to: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By: _____     _____
John G. Pedicini, Pro Se                          8/2/07
                                                              Date

3