UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

CIVIL ACTION NO. 04-12395-JLT

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

## PLAINTIFF'S OBJECTION TO THE PRESENTATION AT TRIAL OF PAGES 14 AND 15 OF JOHN GHIORZI'S TESTIMONY VIA DEPOSITION TRANSCRIPT

Plaintiff, John G. Pedicini, hereby objects to the Defendants' request, pursuant to Fed. R. Civ. P. 26(a)(3)(B), for presentation at trial of John Ghiorzi's testimony on pp.14-15. Plaintiff asserts that these pages are filled with highly objectionable information. Specifically, Ghiorzi's testimony alleges that there is something wrong with Plaintiff's conduct and alleges that Plaintiff "stood by the door" at a meeting. Plaintiff categorically denies this version of the meeting. More importantly, Plaintiff's conduct is not an issue in this case. It is highly prejudicial, irrelevant, and immaterial

1

to the issues remaining at trial. Furthermore, Defendants have admitted in their pleadings that Plaintiff's job performance has been rated "superior". See Defendants' Answer To Plaintiff's Amended Complaint ¶¶45,80. This is nothing more than an attempt by Defendants to "color" the jury's perception of Plaintiff's character at the 11th hour of this case and is also objectionable under Federal Rules of Evidence Rule 404.

## CONCLUSION

Therefore, Plaintiff respectfully requests that this Court exclude the above-referenced portion of Ghiorzi's testimony, pp. 14-15, whether live or by deposition, from evidence at trial.

Respectfully submitted,

_____         8/2/07
John G. Pedicini, Plaintiff Pro Se    Date
10 Milano Drive
Saugus, MA 01906
781-248-1385

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on August 2, 2007 and that we were unable to resolve the issues set forth in this motion.

_____          8/2/07
John G. Pedicini, Pro Se                 Date

## CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document was served on the Defendants on August 2, 2007, via U.S. Government email system to: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By_____          8/2/07
John G. Pedicini, Pro Se                 Date