UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-12395-JLT |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANTS' POSITION ON PLAINTIFF'S MOTION TO DISMISS COUNT I</u>**

Defendants object to dismissal of Count I of the Complaint without prejudice.

Defendants have no objection to dismissal with prejudice as to Count I of the Complaint. If Count I is dismissed with prejudice, Defendants agree to forego recovery of litigation costs from Plaintiff.

Defendants do not take a position and make no promise regarding whether the Court of Federal Claims will or should accept jurisdiction over Count I of the Complaint. The Court of Federal Claims may not accept jurisdiction over Count I of the Complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Gina Walcott-Torres
GINA WALCOTT-TORRES
Assistant U.S. Attorney

ANITA JOHNSON
Assistant U.S. Attorney

Moakley Federal U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02110
(617) 748-3369
(617) 748-3282

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing document upon *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid, on this eighth day of August 2007.
.

/s/ Anita Johnson