"FILED IN OPEN COURT" 8/6/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | |
| Plaintiff, | |
| -vs- | CIVIL ACTION NO. 04-12395-JLT |
| UNITED STATES OF AMERICA ET AL., | |
| Defendants. | |

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS I AND III[1]**

Plaintiff, John G. Pedicini, respectfully moves the Court to deny Defendants' Motion Dismiss Counts I and III[2]. In support of this motion, Plaintiff has filed a memorandum of law under separate cover.

Respectfully submitted,

_____       8/6/07
John G. Pedicini, Plaintiff Pro Se      Date
10 Milano Drive
Saugus, MA 01906
781-248-1385

---

[1] Defendants incorrectly identified Count IV, Breach of Settlement Agreement, as Count III.

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on August 5, 2007 and that we were unable to resolve the issues set forth in this motion.

_____          8/6/07
John G. Pedicini, Pro Se                 Date

## CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document and memorandum were served on the Defendants on August 6, 2007, by hand to: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By: _____          8/6/07
John G. Pedicini, Pro Se                 Date

---

[2] Id.