UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case No. 04-12395-JLT |
| UNITED STATES OF AMERICA, et al., | : |
| | : |
| Defendants. | : |
| | : |

**DEFENDANTS' UPDATED LIST OF WITNESSES**

Pursuant to the Court's pretrial order of August 6, 2007 (during the Final Pretrial Conference), the defendants hereby submit the following updated list of witnesses to be presented at the trial in this action:

**Witnesses Defendants Expect To Call at Trial**

| Witness Name and Address | Estimated Time for Direct Examination | Estimated Time for Cross Examination |
|---|---|---|
| **Robert Canavan** FNS-NERO 10 Causeway Street, Rm. #501 Boston, MA 02222 (617)565-7110 | 1.5 hrs. | 1.5 hrs. |
| **Frances E. Zorn** 400 Madison St. Alexandria, VA 22314-1772 (703)549-2729 | 2-2.5 hrs. | 2-2.5 hrs. |

| | | |
|---|---|---|
| **Douglas MacAllister** <br> 601 Haverhill Street <br> Reading, MA 01867 <br> (781)842-0161 | 2-2.5 hrs. | 2-2.5 hrs. |
| **Lisha Dorman** <br> 3101 Park Center Drive <br> Alexandria, VA 22302-1500 <br> (703)305-2754 | 1-1.5 hrs. | 1-1.5 hrs. |

### Witnesses Defendants May Call at Trial if the Need Arises

| Witness Name and Address | Estimated Time for Direct Examination | Estimated Time for Cross Examination |
|---|---|---|
| **Lawrence Blim** <br> USDA-FNS <br> 3101 Park Center Drive <br> Alexandria, VA 22302-1500 <br> (703)305-1548 | 1 hr. | 1 hr. |
| **Arthur LeBlanc** <br> 194 Water Street <br> Newburyport, MA 01950 | 30 mins. | 30 mins. |
| **Michael Malone** <br> Section Chief <br> National Institute of Health <br> 10401 Fernwood Drive <br> Room 3NE10 <br> Bethesada, MD 20892 <br> (301)402-3001 | 2-2.5 hrs. | 2-2.5 hrs. |

|  |  |
|---|---|
|  | Respectfully submitted, |
| FOR THE DEFENDANTS | FOR THE PLAINTIFF |
| MICHAEL J. SULLIVAN<br>United States Attorney |  |
| /s/ Gina Walcott-Torres<br>Gina Walcott-Torres<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3369 | /s/ John G. Pedicini<br>John G. Pedicini<br>10 Milano Drive<br>Saugus, MA 01960<br>(781) 233-5274 |