UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN G. PEDICINI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Case No. 04-12395-JLT |
| UNITED STATES OF AMERICA, et al., : | |
| : | |
| Defendants. : | |
| : | |

**DEFENDANTS' AMENDED LIST OF EXHIBITS TO BE USED AT TRIAL**

Pursuant to the Court's pretrial order of August 6, 2007 (during the Final Pretrial Conference), defendants hereby submit the following list of exhibits to be used at trial in this action:

**Defendants' Exhibits (Disputed by Plaintiff):**

1. Position Description of John Pedicini, Financial Management Specialist (US0176-US0184).

2. Position Description of Martin Hines, Budget Analyst (US0164-US0167).

3. Memorandum from USDA to Regional Administrators, dated February 22, 1982 (Bates-Stamped Numbers forthcoming).

4. Delegation of Authority Memoranda (<u>Only</u> Document Bates-Stamped <u>US0015</u> is disputed).

9. Performance Appraisal for John Pedicini, dated 2/16/2007 (US0489).

10. FNS Integrated Program Accounting System Report on User Access, dated 7/19/2007 (US0490-US0491).

11. Financial Management Northeast Region Org. Chart for period 9/2002-8/2003 (US0056).

12. Financial Management Official Org. Chart, dated 12/1/2004 (US0492).

13. Financial Management Org. Chart for period 2/2006-5/2007 (US0493).

17. FNS-NERO FY05 & FY06 Cash Awards issued to John Pedicini (US0495 - US0499).

21. Learning History Record of John Pedicini (US0503).

22. Memo to Michael Todd, Funds Officer at FNS Mountain Plains Region, regarding Formal Delegation of Authority (US0504).

23. Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region Donald E. Arnette (US0505).

24. Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region Retha F. Oliver (US0506).

25. Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region Sara S. Harding (US0507).

26. Delegation of Authority With Respect to Availability of Administrative Funds Form, Regional Administrator of FNS Southeast Region J. Lewis Wright (US0508).

28. NERO Vacancy Announcements, posted 7/16/2003 & 11/03/2003 (P-2089-P-2093, P-2083-P2088).

**Defendants' Exhibits (Agreed to by Plaintiff):**

5. Procurement Documents, i.e., Compensatory Time & Overtime Authorization and Printing and Binding Requisition to the Public Printer (P517, P1375, P1373).

8. 2001-2005 Performance Appraisals for John Pedicini (US0170-US0175, US0077, P-3363-P-3370, P-3329-P3332).

14. Memo from Gary Maupin regarding Funds Control Officer Responsibilities, dated 1/28/1997 (P-1392).

15. Memo from Roger A. Butler regarding Permissible Expenditures, dated 11/24/1997 (US0494).

16.     Cash Award, Pay Adjustment, and Within Grade Increase Notification, dated from 5/4/2002 to 8/2/2004 (US208, US0210-US0216, US0220, US0305, US0311).

27.     Affidavit of Lisha Dorman, dated 11/2/2005 (P2260-P2263).

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                            By:    /s/ Gina Walcott-Torres
                                              Gina Walcott-Torres
                                              Assistant United States Attorney
                                              John Joseph Moakley U.S. Courthouse
                                              One Courthouse Way, Suite 9200
                                              Boston, Mass. 02110
Dated: August 8, 2007                    617-748-3369


## CERTIFICATE OF SERVICE

     I certify that on August 8, 2007, I caused a copy of the foregoing document to be served on *pro se* Plaintiff, John G. Pedicini, 10 Milano Drive, Saugus, MA 01906, by first class mail, postage pre-paid.

                                              /s/ Gina Walcott-Torres
                                              Gina Walcott-Torres
                                              Assistant U.S. Attorney