UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,                          *
                                           *
                    Plaintiff,             *
                                           *
v.                                         *          Civil Action No. 04-12395-JLT
                                           *
UNITED STATES OF AMERICA, et al.,          *
                                           *
                    Defendants.            *

ORDER

August 8, 2007

TAURO, J.

    This court hereby order that Plaintiff's assented-to Motion to Dismiss Count I [#145] is

ALLOWED.  Count I is dismissed WITH PREJUDICE, but without costs.

    IT IS SO ORDERED.


                                        ____/s/ Joseph L. Tauro____
                                        United States District Judge