UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN G. PEDICINI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12395-JLT |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

AMENDED ORDER

August 8, 2007

TAURO, J.

    This court hereby order that Plaintiff's Motion to Dismiss Count I [#145] is ALLOWED.

Count I is dismissed WITH PREJUDICE, but without costs.

    IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro
                                               United States District Judge