UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

CIVIL ACTION NO. 04-12395-JLT

FILED
IN CLERKS OFFICE

2007 AUG -8 P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S REVISED PRETRIAL WITNESS LIST

Pursuant to the Pre-trial Order dated August 7, 2007, Plaintiff, John G. Pedicini, provides the following revised witness list:

    (A)  the name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:

        Plaintiff expects to present testimony from the following individuals:

|  | ESTIMATED TIME FOR DIRECT EXAM | ESTIMATED TIME FOR CROSS EXAM |
|---|---|---|
| (1) Juanita Makuta (factual)<br>USDA-FNS<br>3101 Park Center Drive<br>Alexandria, VA 22302-1500<br>(202) 690-0271 | 1.5 hrs. | 1.5 hrs. |
| (2) Angela McElmurray Speshock<br>5401 N. 36th Street (factual)<br>Arlington, VA 22207-1388<br>(703) 533-0383 | 2 hrs. | 2 hrs. |
| (3) Jada Johnson (factual)<br>FNS-USDA<br>3101 Park Center Drive<br>Alexandria, VA 22302-1500<br>(703) 305-2094 | 1.5 hrs. | 1.5 hrs. |
| (4) Martin Hines (factual)<br>FNS-USDA<br>10 Causeway Street, Rm. #501<br>Boston, MA 02222<br>(617) 565-6454 | 2.5 hrs. | 2.5 hrs. |
| (5) Lori Lodato (factual)<br>161 R. Lake Street<br>Wilmington, MA 01887<br>(617) 565-6483 | 0.5 hrs. | 0.5 hrs. |

Plaintiff may call the following witnesses if the need arises:

| | | | |
|---|---|---|---|
| (1) | Douglas MacAllister (factual)<br>601 Haverhill Street<br>Reading, MA 01867<br>(781) 942-0161 | 2.5 hrs. | 2.5hrs |
| (2) | John G. Pedicini (factual) | 2.5 hrs. | 2.5hrs. |

2

```
           10 Milano Drive
           Saugus, MA  01906
           (781) 233-5274


    (3)   Diane Harrington (factual)    0.75hrs.    0.75 hrs.
          FNS-NERO
          10 Causeway Street, Rm. #501
          Boston, MA 02222
          (617)565-6370
```

(5) Any witness identified by Defendants in Defendants' pretrial disclosures: and

(6) Any witness that may be necessary to impeach or rebut Defendants' case-in-chief.

**(B)** **The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony:**

Due to the medical issue involving Mr. Lash's wife, cited above, Plaintiff moves to withdraw him as a witness and add his deposition from August 2, 2005. Jonathan Lash is no longer employed by the USDA and lives more than 100 miles from the place of the trial. Pursuant to Rule 32(a)(3)(B) of the Federal Rules of Civil Procedure, Plaintiff will present the Deposition of Jonathan Lash, dated August 2, 2005, pp. 1, 9, 15-16,19,23-30, 34-35, 38-39, 44, 55-57.

Plaintiff reserves all rights under Rule 32 of the Federal Rules of Civil Procedure to make additions to this list of names of witnesses whose testimony may be presented by deposition.

Respectfully submitted,

*[signature]* 8/8/07

John G. Pedicini, Plaintiff Pro Se
10 Milano Drive
Saugus, MA  01906
(781)248-1385

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the Defendants by certified mail, return receipt requested, to Gina Walcott-Torres, Assistant U.S. Attorney, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on August 8, 2007.

*[signature]*  8/8/07
John G. Pedicini, Plaintiff Pro Se       Date

4