UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

FILED
IN CLERKS OFFICE

2007 AUG -8 P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 04-12395-JLT

## PLAINTIFF'S OBJECTION TO ROBERT CANAVAN AS WITNESS

Plaintiff Canavan should be excluded as a witness, as he can offer no testimony relevant to the contested issues. He was not employed as a Deputy Regional Administrator during the dispute over Plaintiff's right to certify funds availability. His only involvement occurred during the issuance of the letters of instruction IN October of 2004. His testimony on the letters of instruction should be inadmissible, as Judge Tauro expressly excluded such evidence in his Summary Judgment Order. See Summ. J. Order at 21-22.

1

## CONCLUSION

Therefore, Plaintiff hereby requests this Court to exclude Robert Canavan as a witness at trial

Respectfully submitted,

_____     8/8/07
John G. Pedicini, Plaintiff Pro Se     Date
10 Milano Drive
Saugus, MA 01906
781-248-1385

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on August 8, 2007 and that we were unable to resolve the issues set forth in this motion.

_____     8/8/07
John G. Pedicini, Pro Se     Date

## CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document was served on the Defendants on August 8, 2007, via U.S. Government email system to: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By: _____          8/8/07
       John G. Pedicini, Pro Se                 Date