UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN G. PEDICINI,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA
ET AL.,

    Defendants.

CIVIL ACTION NO. 04-12395-JLT

FILED
IN CLERKS OFFICE

2007 AUG -8 P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S OBJECTION TO DEFENDANTS' USE OF NEW DOCUMENTS AFTER DISCOVERY HAS ENDED

Plaintiff calls the Court's attention to the fact that Defendants are attempting to add new documents to this case at the 11th hour, long after discovery ended on January 31, 2006. Defendants' exhibits[1] #9,10,12,13,17,19[2],20, 21, 22, 23, 24, 25, 26 are all new documents, without original Bates-Stamp Numbers, and should be exclude as causing unfair prejudice to the Plaintiff, as well as presenting substantial danger to confuse the issues and mislead the jury.

---

[1] Numbers based on Defendants' Amended Disclosures, filed on 8/1/2007

1

## CONCLUSION

Therefore, Plaintiff hereby requests this Court to exclude the aforementioned exhibits from trial

Respectfully submitted,

_____     8/8/07
John G. Pedicini, Plaintiff Pro Se    Date
10 Milano Drive
Saugus, MA 01906
781-248-1385

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I have conferred with Defendants' counsel and have attempted in good faith to resolve the issues addressed in this Motion on August 8, 2007 and that we were unable to resolve the issues set forth in this motion.

_____     8/8/07
John G. Pedicini, Pro Se              Date

---

[2] The date of this document is 7/20/2001. If this is a typographical error and the date should be 9/20/01, then this is not a new document and Plaintiff does not object to it.

2

## CERTIFICATION OF SERVICE

Pursuant to L.R.5.2(b), I hereby certify that a true copy of the above document was served on the Defendants on August 8, 2007, via U.S. Government email system to: Gina Walcott-Torres, Assistant U.S. Attorney, Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

By: _____          8/8/07
    John G. Pedicini, Pro Se         Date